Certificate Number: 00437-PAE-DE-022638297

Bankruptcy Case Number: 14-12624



00437-PAE-DE-022638297

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 22, 2015</u>, at <u>9:43</u> o'clock <u>AM MST</u>, <u>David Kruppenbach</u> completed a course on personal financial management given <u>by telephone</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 22, 2015</u>          By:    <u>/s/Leesa Kumley</u>

                                       Name:  <u>Leesa Kumley</u>

                                       Title: <u>Certified Credit Counselor</u>